**Abatement Order filed December 17, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00137-CV
_____

**MARTIN A. LEBLANC, CHRISTOPHER J. RUSSO, TRIPLE RRR INVESTMENTS LLC, BASKET SPECIALTIES LLC, GULF COAST WIRELESS LLC, LONGHORN BITS LLC, PRIME 337 LLC, RUSSO ENERGY LLC, AND RUSSO EXPLORATION, Appellants/Cross-Appellees**

**V.**

**SUPERIOR ENERGY SERVICES, INC., STABIL DRILL SPECIALTIES, L.L.C., AND SESI, L.L.C., Appellees/Cross-Appellants**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-24818**

---

## ABATEMENT ORDER

On December 14, 2020, appellee/cross-appellant Stabil Drill Specialties, L.L.C. notified this court that it petitioned for voluntary bankruptcy protection on December 7, 2020 in the United States Bankruptcy Court for the Southern District of Texas under case number 20-35823 (DRJ). That proceeding, styled *In re Stabil*

*Drill Specialties, L.L.C.*, is being jointly administered under Case No. 20-35812 (DRJ), *In re Superior Energy Servs., Inc.* A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher, and Bourliot.